```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
MICHELLE C. MICK                  :       CIVIL ACTION
                                  :
         v.                       :
                                  :
EQUIFAX INFORMATION SERVICES      :
LLC, et al.                       :       NO. 08-1630
```

ORDER

AND NOW, this 11th day of July, 2008, it is hereby ORDERED that the joint motion of defendants Option One Mortgage and Experian Information Services to transfer venue under 28 U.S.C. § 1404(a) is DENIED.

_____

Plaintiff has sued the four defendants Equifax Information Services LLC, Experian Information Services, Trans Union, LLC, and Option One Mortgage for violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq.  She also alleges claims for defamation, negligence, and invasion of privacy/false light.  Two of the four defendants, Option One Mortgage and Experian Information Services, seek to transfer venue to the District of Connecticut under 28 U.S.C. § 1404(a).  The statute provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

The plaintiff resides in Connecticut.  None of the defendants is incorporated in that state.  As far as can be ascertained, no witnesses except plaintiff and no documents are located there.  Indeed, the two moving defendants are headquartered in California and another defendant is headquartered in Georgia.  The fourth, Trans Union, LLC, has a significant operation in Pennsylvania.  None of the defendants has a special connection to Connecticut with regard to this case or otherwise.  In fact, only two of the four defendants have filed the pending motion.  Under the circumstances, we see no reason to disturb plaintiff's choice of forum.  After balancing all the factors enumerated in <u>Jumara v. State Farm Ins. Co.</u>, 55 F.3d 873 (3d Cir. 1995), we are denying the motion of defendants Option One Mortgage and Experian Information Services to transfer venue to the District of Connecticut.

BY THE COURT:

/s/ Harvey Bartle III
C.J.
